**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 14-7469**

—————

JOHN MCLEAN,

                Plaintiff - Appellant,

      v.

MARVIN D. CASINO; ROBERT OWENS; PAULA SMITH; TERRI CATLETT;
DR. J. NATHANIEL HAMILTON,

                Defendants - Appellees.

—————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge.  (5:13-ct-03065-FL)

—————

Submitted:  January 15, 2015      Decided:  January 21, 2015

—————

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

John McLean, Appellant Pro Se.   Judith Maria Estevez, Assistant
Attorney General, Raleigh, North Carolina;  Ginger Bagley
Hunsucker, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North
Carolina; Kelly Street Brown, Elizabeth Pharr McCullough, YOUNG
MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John McLean appeals the district court's order granting the defendants' motions to dismiss, declining to exercise supplemental jurisdiction over his state law claims, and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McLean v. Casino, No. 5:13-ct-03065-FL (E.D.N.C. Sept. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED